COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-14-00041-CV

Style:  In the Interest of L.K.C., K.D.B. and C.Y.S., Children

Date motion filed[*]:  March 24, 2014

Type of motion:  Motion for extension of time to file brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

    Original due date:  March 25, 2014

    Number of prior extensions:  0      Current Due date:  March 25, 2014

    Date Requested:  April 21, 2014

Ordered that motion is:

☐     Granted

    If document is to be filed, document due:

    ☐     The Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's motion is denied. Unless appellant's brief is filed within 10 days of the date of this order, we may abate the case for a hearing in accordance with Rule 38.8 of the Texas Rules of Appellate Procedure.**

Judge's signature: /s/ Chief Justice Sherry Radack

    ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  March 28, 2014

November 7, 2008 Revision